In re: TRECORE CONSTRUCTION MANAGEMENT, IN §§§§

Case No. 17-43070

Debtor(s)

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Donald A. Thacker, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $1,849.64 | Assets Exempt: | N/A |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $8,869.50 | Claims Discharged Without Payment: | N/A |
| Total Expenses of Administration: | $11,264.43 | | |

3) Total gross receipts of $20,133.93 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $20,133.93 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR ( 10 /1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $11,258.17 | $11,264.43 | $11,264.43 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $2,839.03 | $2,839.03 | $2,839.03 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $627,368.73 | $897,790.20 | $696,561.20 | $6,030.47 |
| **TOTAL DISBURSEMENTS** | $627,368.73 | $911,887.40 | $710,664.66 | $20,133.93 |

4) This case was originally filed under chapter 7 on 08/15/2017. The case was pending for 21 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/04/2019         By: /s/ Donald A. Thacker
                                                Trustee

**STATEMENT** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| SECURITY DEPOSITS | 1290-000 | $920.46 |
| OTHER PROPERTY | 1290-000 | $1,200.00 |
| Checking Account at Riverview Community Bank, xxxxxx6740 | 1129-000 | $18,013.47 |
| TOTAL GROSS RECEIPTS | | $20,133.93 |

[1]*The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.*

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |

## EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Donald A. Thacker | 2100-000 | NA | $2,763.39 | $2,763.39 | $2,763.39 |
| Trustee, Expenses - Donald A. Thacker | 2200-000 | NA | $106.77 | $106.77 | $106.77 |
| Bond Payments - International Sureties, LTD | 2300-000 | NA | $0.00 | $6.26 | $6.26 |
| Banking and Technology Service Fee - Rabobank, N.A. | 2600-000 | NA | $302.46 | $302.46 | $302.46 |
| Other State or Local Taxes (post-petition) - Franchise Tax Board | 2820-000 | NA | $829.00 | $829.00 | $829.00 |
| Attorney for Trustee Fees (Other Firm) - Sussman Shank LLP | 3210-000 | NA | $1,982.50 | $1,982.50 | $1,982.50 |
| Attorney for Trustee Expenses (Other Firm) - Sussman Shank LLP | 3220-000 | NA | $27.00 | $27.00 | $27.00 |
| Accountant for Trustee Fees (Other Firm) - Bennington & Moshofsky PC | 3410-000 | NA | $5,220.00 | $5,220.00 | $5,220.00 |
| Accountant for Trustee Expenses (Other Firm) - Bennington & Moshofsky PC | 3420-000 | NA | $27.05 | $27.05 | $27.05 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $11,258.17 | $11,264.43 | $11,264.43 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 9 | Internal Revenue Service | 5800-000 | NA | $2,839.03 | $2,839.03 | $2,839.03 |
| | **TOTAL PRIORITY UNSECURED CLAIMS** | | **$0.00** | **$2,839.03** | **$2,839.03** | **$2,839.03** |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Vine Electric Inc | 7100-000 | $20,338.65 | $21,111.78 | $21,111.78 | $225.17 |
| 2 | 530 Walnut St, LLC | 7100-000 | NA | $250,000.00 | $250,000.00 | $2,666.39 |
| 3 | Nelson and Sandra Melo | 7100-000 | NA | $367,552.52 | $367,552.52 | $3,920.16 |
| 4 | Morgan Melo | 7100-000 | $200,400.00 | $200,400.00 | $0.00 | $0.00 |
| 5 | THE DON CHAPIN CO INC | 7100-000 | $4,476.90 | $4,476.90 | $4,476.90 | $47.75 |
| 6 | 530 Walnut St, LLC | 7100-000 | NA | $0.00 | $0.00 | $0.00 |
| 7 | Justin Carey Enterprises | 7200-000 | $56,525.20 | $53,420.00 | $53,420.00 | $0.00 |
| 8 | State of California | 7200-000 | NA | $829.00 | $0.00 | -$829.00 |
| N/F | Bailey Fence Company | 7100-000 | $82,990.13 | NA | NA | NA |
| N/F | CETS Inc | 7100-000 | $46,696.15 | NA | NA | NA |
| N/F | Cal-West Concrete Cutting Inc | 7100-000 | $2,755.00 | NA | NA | NA |
| N/F | Flex Properties/Cold Creek LLC | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Hanson & Fitch, Inc. | 7100-000 | $500.00 | NA | NA | NA |
| N/F | Landtech Consultants | 7100-000 | $2,970.64 | NA | NA | NA |
| N/F | Power Plus | 7100-000 | $40.00 | NA | NA | NA |
| N/F | Richard B. Moore | 7100-000 | $172,309.55 | NA | NA | NA |
| N/F | SSD Systems | 7100-000 | $139.00 | NA | NA | NA |

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Summit Drywall & Painting Inc | 7100-000 | $10,688.92 | NA | NA | NA |
| N/F | Sunbelt Rentals | 7100-000 | $0.00 | NA | NA | NA |
| N/F | United Rentals | 7100-000 | $442.86 | NA | NA | NA |
| N/F | United Site Services | 7100-000 | $104.24 | NA | NA | NA |
| N/F | William D. White Co., Inc | 7100-000 | $25,991.49 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$627,368.73** | **$897,790.20** | **$696,561.20** | **$6,030.47** |

Exhibit 8
Page: 1

# Form 1
# Individual Estate Property Record and Report
## Asset Cases

| Case No.: | 17-43070 | Trustee Name: | (670241) Donald A. Thacker |
|---|---|---|---|
| Case Name: | TRECORE CONSTRUCTION MANAGEMENT, IN | Date Filed (f) or Converted (c): | 08/15/2017 (f) |
| | | § 341(a) Meeting Date: | 09/20/2017 |
| For Period Ending: | 05/04/2019 | Claims Bar Date: | 12/26/2017 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Checking Account at Riverview Community Bank, xxxxxx6740 | 18,013.47 | 18,013.47 | | 18,013.47 | FA |
| 2* | A/R Over 90 days old. Face amount = $4,004.78. Doubtful/Uncollectible accounts = $2,155.14. (See Footnote) | 1,849.64 | 0.00 | | 0.00 | FA |
| 3* | Contact for Services-potentially saleable or assignable - Other party Walnut St. LLC (See Footnote) | Unknown | 0.00 | | 0.00 | FA |
| 4 | SECURITY DEPOSITS (u) | 0.00 | 920.46 | | 920.46 | FA |
| 5* | OTHER PROPERTY (u) (See Footnote) | 0.00 | 1,200.00 | | 1,200.00 | FA |
| 6 | VOID | 0.00 | 0.00 | | 0.00 | FA |
| 6 | **Assets Totals (Excluding unknown values)** | **$19,863.11** | **$20,133.93** | | **$20,133.93** | **$0.00** |

RE PROP# 2   per debtor rep a/r has no value or has been collected and put into bank pre petition.

RE PROP# 3   contract cannot be assigned.

RE PROP# 5   Gas Co refund on project in San Carlos CA

**Major Activities Affecting Case Closing:**

10.10.17 CPA hired, all assets are administered and now final return must be filed.

12.6.17 same

3.31.18 returns filed with IRS

6.30.18 claim file by daughter of principal of debtor was objected to. Once order sustaining objection and tax returns are approved, pay cpa and then do TFR

7.30.18 Waiting for return to be approved by IRS. Told atty to file final fee app so he can be paid. After both these items do TFR

**Initial Projected Date Of Final Report (TFR):** 12/31/2018    **Current Projected Date Of Final Report (TFR):** 09/08/2018 (Actual)

Exhibit 9
Page: 1

# Form 2
# Cash Receipts And Disbursements Record

| Case No.: | 17-43070 | Trustee Name: | Donald A. Thacker (670241) |
|---|---|---|---|
| Case Name: | TRECORE CONSTRUCTION MANAGEMENT, IN | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***4072 | Account #: | ******1700 Checking |
| For Period Ending: | 05/04/2019 | Blanket Bond (per case limit): | $78,753,461.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 08/28/17 | {1} | Riverview Community Bank | filing day bank account balance | 1129-000 | 18,013.47 | | 18,013.47 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 18,003.47 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 25.02 | 17,978.45 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 27.58 | 17,950.87 |
| 11/26/17 | {4} | City of Wilsonville | deposit refund | 1290-000 | 920.46 | | 18,871.33 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 25.90 | 18,845.43 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 26.20 | 18,819.23 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 29.77 | 18,789.46 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 25.22 | 18,764.24 |
| 03/06/18 | 101 | Franchise Tax Board | tax due with 2017 Return | 2820-000 | | 829.00 | 17,935.24 |
| 03/26/18 | 102 | International Sureties, LTD | 2018 trustee bond premium | 2300-000 | | 6.26 | 17,928.98 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 26.59 | 17,902.39 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 24.89 | 17,877.50 |
| 05/07/18 | 103 | Bennington & Moshofsky PC | fees per order dated 5.7.18 | 3410-000 | | 5,220.00 | 12,657.50 |
| 05/07/18 | 104 | Bennington & Moshofsky PC | costs per order dated 5.7.18 | 3420-000 | | 27.05 | 12,630.45 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 24.00 | 12,606.45 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 17.52 | 12,588.93 |
| 07/30/18 | {5} | Pacific Gas & Electric Company | refund for project in San Carlos CA | 1290-000 | 1,200.00 | | 13,788.93 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 19.31 | 13,769.62 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 20.46 | 13,749.16 |
| 09/03/18 | 105 | Sussman Shank LLP | fees per court order 8.28.18 | 3210-000 | | 1,982.50 | 11,766.66 |
| 09/03/18 | 106 | Sussman Shank LLP | costs per court order 8.28.18 | 3220-000 | | 27.00 | 11,739.66 |
| 11/28/18 | | State of California | 2017 tax liability that was overpaid | 7200-002 | | -829.00 | 12,568.66 |
| 11/28/18 | 107 | Donald A. Thacker | Distribution payment - Dividend paid at 100.00% of $2,763.39; Claim # FEE; Filed: $2,763.39 | 2100-000 | | 2,763.39 | 9,805.27 |
| 11/28/18 | 108 | Donald A. Thacker | Distribution payment - Dividend | 2200-000 | | 106.77 | 9,698.50 |
| | | | **Page Subtotals** | | **$20,133.93** | **$10,435.43** | |

{ } Asset Reference(s)     UST Form 101-7-TDR ( 10/1/2010)     ◊-Transaction has not been cleared

Exhibit 9
Page: 2

# Form 2
## Cash Receipts And Disbursements Record

| Case No.: | 17-43070 | Trustee Name: | Donald A. Thacker (670241) |
|---|---|---|---|
| Case Name: | TRECORE CONSTRUCTION MANAGEMENT, IN | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***4072 | Account #: | ******1700 Checking |
| For Period Ending: | 05/04/2019 | Blanket Bond (per case limit): | $78,753,461.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | paid at 100.00% of $106.77; Claim # TE; Filed: $106.77 | | | | |
| 11/28/18 | 109 | Internal Revenue Service | Distribution payment - Dividend paid at 100.00% of $2,839.03; Claim # 9; Filed: $2,839.03 | 5800-000 | | 2,839.03 | 6,859.47 |
| 11/28/18 | 110 | Vine Electric Inc | Distribution payment - Dividend paid at 0.94% of $21,111.78; Claim # 1; Filed: $21,111.78 | 7100-000 | | 197.95 | 6,661.52 |
| 11/28/18 | 111 | 530 Walnut St, LLC | Distribution payment - Dividend paid at 0.94% of $250,000.00; Claim # 2; Filed: $250,000.00 | 7100-000 | | 2,344.15 | 4,317.37 |
| 11/28/18 | 112 | Nelson and Sandra Melo | Distribution payment - Dividend paid at 0.94% of $367,552.52; Claim # 3; Filed: $367,552.52 | 7100-000 | | 3,446.39 | 870.98 |
| 11/28/18 | 113 | THE DON CHAPIN CO INC | Distribution payment - Dividend paid at 0.94% of $4,476.90; Claim # 5; Filed: $4,476.90 | 7100-000 | | 41.98 | 829.00 |
| 03/19/19 | 114 | Vine Electric Inc | Distribution payment - Dividend paid at 0.13% of $21,111.78; Claim # 1; Filed: $21,111.78 | 7100-000 | | 27.22 | 801.78 |
| 03/19/19 | 115 | 530 Walnut St, LLC | Distribution payment - Dividend paid at 0.13% of $250,000.00; Claim # 2; Filed: $250,000.00 | 7100-000 | | 322.24 | 479.54 |
| 03/19/19 | 116 | Nelson and Sandra Melo | Distribution payment - Dividend paid at 0.13% of $367,552.52; Claim # 3; Filed: $367,552.52 | 7100-000 | | 473.77 | 5.77 |
| 03/19/19 | 117 | THE DON CHAPIN CO INC | Distribution payment - Dividend paid at 0.13% of $4,476.90; Claim # 5; Filed: $4,476.90 | 7100-000 | | 5.77 | 0.00 |
| | | **COLUMN TOTALS** | | | 20,133.93 | 20,133.93 | $0.00 |
| | | Less: Bank Transfers/CDs | | | 0.00 | 0.00 | |
| | | **Subtotal** | | | 20,133.93 | 20,133.93 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$20,133.93** | **$20,133.93** | |

# Form 2
# Cash Receipts And Disbursements Record

Exhibit 9
Page: 3

| | | |
|---|---|---|
| **Case No.:** | 17-43070 | |
| **Case Name:** | TRECORE CONSTRUCTION MANAGEMENT, IN | |
| **Taxpayer ID #:** | **-***4072 | |
| **For Period Ending:** | 05/04/2019 | |

| | |
|---|---|
| **Trustee Name:** | Donald A. Thacker (670241) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******1700 Checking |
| **Blanket Bond (per case limit):** | $78,753,461.00 |
| **Separate Bond (if applicable):** | N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******1700 Checking | $20,133.93 | $20,133.93 | $0.00 |
| | **$20,133.93** | **$20,133.93** | **$0.00** |